

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 20, 2016.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

---

**United States Bankruptcy Court for the Western District of Texas/El Paso Division**

| | |
|---|---|
| STUART C. COX, CHAPTER 13 TRUSTEE<br>1760 N. Lee Trevino Drive<br>El Paso, TX  79936 | Case Number: 16-30297-HCM Chapter 13 |
| | **ORDER CONFIRMING THE PLAN** |
| IN RE:  SAMUEL LEGARRETA<br>　　　　ROSA G. LEGARRETA<br>　　　　P.O. BOX 74<br>　　　　FORT HANCOCK, TX 79839 | |
| Debtor's SSN:   ###-##-4959<br>　　　　　　　　###-##-9559 | TANZY & BORREGO LAW OFFICES PLLC<br>2610 MONTANA  AVE.<br>EL PASO, TX 79903-3712 |

ORDER CONFIRMING THE PLAN

The Debtor represents in order to obtain plan Confirmation that the Chapter 13 Plan of Debtor(s) (hereinafter "Debtor") has been transmitted to all creditors.  Further the Debtor represents that the Debtor's plan, or amended plan filed on , and hereafter referred to as the plan, satisfies the requirements of 11 U.S.C. § 1325.

Accordingly, it is ORDERED that

(1)  The Chapter 13 Plan is confirmed.

(2)  Unless otherwise provided below or by other Court order, property of the estate shall not revest in Debtor until the earlier of discharge of Debtor or dismissal of the case; and

(3)  Notwithstanding any provision of the plan, a creditor must timely file a proof of claim with the clerk of Court in order to receive a distribution under this plan.

(4)  Miscellaneous Provisions (if Applicable).

The case is confirmed in accordance with the standing order entered on January 23, 2007.

The debtors' plan payments will be $550 x 4 then $590 x 56 with a new base amt. of $35,240.

The Clerk is directed to serve a copy of this Order upon Debtor(s), counsel for Debtor(s), the Trustee, and all creditors and parties who have filed a notice of appearance in the case.

**IT IS SO ORDERED.**

###

Confirmation Recommended by

/s/ Stuart C. Cox
STUART C. COX, CHAPTER 13 TRUSTEE
1760 N. Lee Trevino Drive
El Paso, TX  79936