B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Texas

In re Samuel Legaretta; Rosa G. Legarreta; aka Rosa Gonzales Legarreta    Case No. 16-30297-hcm

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of Bungalow Series III Trust | Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 c/o SN Servicing Corp.
 323 5th Street
 Eureka, CA 95501

Phone: 800-603-0836
Last Four Digits of Acct #: 7894

Court Claim # (if known): 12-2
Amount of Claim: $29,825.74
Date Claim Filed: 07/01/2016

Phone: 
Last Four Digits of Acct. #: 6806

Name and Address where transferee payments should be sent (if different from above):

Phone: 
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile          Date: 12/03/2018
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.