**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 04, 2019.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| SAMUEL LEGARRETA | * | |
| ROSA G. LEGARRETA | * | |
| | * | |
| Debtor | * | CASE NO. 16-30297 |
| | * | |

### AMENDED AGREED ORDER GRANTING
### 2ND MOTION TO MODIFY CHAPTER 13 PLAN PAYMENTS AND 1ST REQUEST FOR ADDITIONAL ATTORNEY'S FEES

Came on for Consideration the Motion To Modify Chapter 13 Plan Payments And 1st Request For Additional Attorney's Fees filed by the Debtor, through their attorneys. Edgar J. Borrego/Miguel Flores, in the above styled and numbered bankruptcy case. Notice was sent to the creditors and to the trustee, and Trustee filed a response. The Court, having considered the Motion, finds that it should be granted. It is therefore;

ORDERED, ADJUDGED AND DECREED that the Debtors' payments shall be modified to $550.00 for the remaining 24 months beginning March 2019. The Debtor shall send an additional $41.84 to cure the plan arrears for a total payment of $591.84 beginning March 2019. The plan base shall be modified to $40,780.00. Said base is calculated as follows: ($550.00 x 4 months) + ($590.00 x 7 months) + ($850.00 x 25 months) + ($550.00 x 24 months).

IT IS FURTHER ORDERED that Debtors' Counsel, Tanzy & Borrego PLLC., shall be granted and additional $400.00 for the preparation and prosecution of a second motion to be paid under the Debtors' plan.

IT IS FURTHER ORDERED that the Debtor(s) shall be responsible for sending the Chapter 13 Plan payment per this modification order in full and on time by cashier's check or money order to: Stuart C. Cox., Chapter 13 Trustee, P.O. Box 210, Memphis, TN 38101-0210 or by E-Pay at http:www.ch13elpaso.com, until such time as an amended pay order is honored by debtor's employer when applicable. Trustee is hereby authorized to summarily dismiss the case without further notice or hearing upon Debtor(s) failure to abide by this order.

###

Prepared by: TANZY & BORREGO LAW OFFICES PLLC.
Edgar J. Borrego/Miguel A. Flores
2610 Montana Avenue
El Paso, TX 79903
Telephone: (915) 566-4300
Tb#35160/BG

Agreed to by:

Miguel A. Flores
Attorney for the Debtor

Stuart C. Cox
Chapter 13 Trustee
Lucille Zavala
Senior Staff Attorney